**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-1296**

———————————

In Re:  PATRICK J. MUHAMMAD,

Respondent - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Benson Everett Legg, Chief District Judge.
(8:05-mc-00484)

———————————

Submitted:  August 17, 2007          Decided:  September 5, 2007

———————————

Before WILLIAMS, Chief Judge,  and GREGORY and SHEDD, Circuit
Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Patrick J. Muhammad, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick J. Muhammad appeals the order of the United States District Court for the District of Maryland disbarring Muhammad from practicing law before that court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>In Re: Muhammad</u>, No. 8:05-mc-00484 (D. Md. Apr. 5, 2007). We deny as moot the pending motions for an emergency stay of the district court's disbarment order and to expedite the adjudication of this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>